# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DURA PHARMACEUTICALS, INC. SECURITIES LITIGATION, | Case No. 99-CV-0151 L (WMc)<br><br>**ORDER** |

On November 8, 2006, the Court held a hearing on Plaintiffs' request for an order permitting plaintiffs to serve discovery on Dura Pharmaceuticals related to Plaintiffs' Ceclor CD claims and allegations. Brian O'Mara, Esq., Russell Riviere, Esq. and Tor Gronborg, Esq. appeared on behalf of Plaintiffs. William F. Sullivan, Esq. appeared on behalf of Defendants.

After hearing from counsel of record, and based upon its oral rulings, which are fully incorporated herein, the Court issues the following Order:

Plaintiff has not made the showing required under the Private Securities Litigation

///
///
///
///
///

Reform Act of 1995 ("PLSRA") to warrant lifting the mandatory discovery stay. Therefore, Plaintiff's request for a partial lifting of the statutorily-imposed discovery stay is **DENIED without prejudice**.

**IT IS SO ORDERED.**

DATED: November 8, 2006

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

COPY TO:
HONORABLE M. JAMES LORENZ, U.S. DISTRICT JUDGE
ALL PARTIES AND COUNSEL OF RECORD