| | |
|---|---|
| 1 | COUGHLIN STOIA GELLER |
|   |   RUDMAN & ROBBINS LLP |
| 2 | PATRICK J. COUGHLIN (111070) |
|   | HENRY ROSEN (156963) |
| 3 | TOR GRONBORG (179109) |
|   | JEFFREY D. LIGHT |
| 4 | JENNIFER Y. LAI (228117) |
|   | 655 West Broadway, Suite 1900 |
| 5 | San Diego, CA  92101 |
|   | Telephone:  619/231-1058 |
| 6 | 619/231-7423 (fax) |
|   | patc@csgrr.com |
| 7 | henryr@csgrr.com |
|   | torg@csgrr.com |
| 8 | jeffl@csgrr.com |
|   | jlai@csgrr.com |
| 9 | |
|   | BERNSTEIN LITOWITZ BERGER & |
| 10 |   GROSSMANN LLP |
|   | DAVID R. STICKNEY (188574) |
| 11 | NIKI L. MENDOZA (214646) |
|   | MATTHEW P. JUBENVILLE (228464) |
| 12 | TAKEO A. KELLAR (234470) |
|   | 12481 High Bluff Drive, Suite 300 |
| 13 | San Diego, CA  92130 |
|   | Telephone:  858/793-0070 |
| 14 | 858/793-0323 (fax) |
|   | davids@blbglaw.com |
| 15 | nikim@blbglaw.com |
|   | matthewj@blbglaw.com |
| 16 | takeok@blbglaw.com |

COHEN MILSTEIN SELLERS
  & TOLL PLLC
DANIEL S. SOMMERS
MATTHEW B. KAPLAN
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC  20005-3964
Telephone:  202/408-4600
202/408-4699 (fax)
dsommers@cohenmilstein.com
mkaplan@cohenmilstein.com

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DURA PHARMACEUTICALS, INC. SECURITIES LITIGATION | Master File No. 99-CV-0151-L(WMC) |
| | CLASS ACTION |
| This Document Relates To: | NOTICE OF MOTION AND MOTION FOR (1) FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS; AND (2) AN AWARD OF ATTORNEYS' FEES AND EXPENSES |
| ALL ACTIONS. | |
| | DATE:  December 3, 2009<br>TIME:  1:30 p.m.<br>COURTROOM:  The Honorable<br>Janis L. Sammartino |

1  TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2         PLEASE TAKE NOTICE that on December 3, 2009, at 1:30 p.m., in the Courtroom of the Honorable Janis L. Sammartino, United States District Judge for the Southern District of California at the Edward J. Schwartz U.S. Courthouse, 940 Front Street, San Diego, California, Lead Plaintiffs will and hereby do move for orders: (1) finally approving the settlement as set forth in the Stipulation of Settlement dated as of March 20, 2009 ("Stipulation") and dismissing the litigation with prejudice; (2) approving the Plan of Allocation of settlement proceeds; and (3) awarding Lead Counsel attorneys' fees of 25% of the Settlement Fund plus expenses incurred in this class action. Lead Plaintiffs' motion is based upon Lead Plaintiffs' Memorandum of Points and Authorities in Support of Motion for Final Approval of Settlement and Plan of Allocation of Settlement Proceeds, Lead Counsel's Memorandum of Points and Authorities in Support of Motion for an Award of Attorneys' Fees and Expenses, the declarations of counsel submitted in support thereof, the Stipulation, all other pleadings and matters of record and such additional evidence or argument as may be presented at the hearing on Lead Plaintiffs' motion.

DATED: October 19, 2009

Respectfully submitted,

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN
HENRY ROSEN
TOR GRONBORG
JEFFREY D. LIGHT
JENNIFER Y. LAI

          s/Jeffrey D. Light
         JEFFREY D. LIGHT

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

| | |
|---|---|
| 1 | |
| 2 | BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP |
| 3 | DAVID R. STICKNEY<br>NIKI L. MENDOZA |
| 4 | MATTHEW P. JUBENVILLE<br>TAKEO A. KELLAR |

                     s/Niki L. Mendoza
                       NIKI L. MENDOZA

12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: 858/793-0070
858/793-0323 (fax)

COHEN MILSTEIN SELLERS
    & TOLL PLLC
DANIEL S. SOMMERS
MATTHEW B. KAPLAN
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005-3964
Telephone: 202/408-4600
202/408-4699 (fax)

Co-Lead Counsel for Plaintiffs

S:\Settlement\Dura.set\MTN FINAL APPROVAL 00062450.doc