1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DURA PHARMACEUTICALS, INC. SECURITIES LITIGATION ) ) ) | Master File No. 99-CV-0151-JLS(WMC) CLASS ACTION |
| This Document Relates To: ) ) ) | ORDER AWARDING ATTORNEYS' FEES AND EXPENSES |
| ALL ACTIONS. ) ) | DATE: December 3, 2009 TIME: 1:30 p.m. COURTROOM: The Honorable Janis L. Sammartino |

1   THIS MATTER having come before the Court on December 3, 2009, on the motion of Lead
2 Counsel for an award of attorneys' fees and expenses incurred in the Litigation; the Court, having
3 considered all papers filed and proceedings conducted herein, having found the settlement of this
4 Litigation to be fair, reasonable, and adequate and otherwise being fully informed in the premises
5 and good cause appearing therefor;

6   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

7   1.   All of the capitalized terms used herein shall have the same meanings as set forth in
8 the Stipulation of Settlement dated as of March 20, 2009 (the "Stipulation").

9   2.   This Court has jurisdiction over the subject matter of this application and all matters
10 relating thereto, including all members of the Settlement Class who have not timely and validly
11 requested exclusion.

12   3.   The Court hereby awards Lead Counsel attorneys' fees of 25% of the Settlement
13 Fund and expenses in an aggregate amount of $910,684.39, together with the interest earned thereon
14 for the same time period and at the same rate as that earned on the Settlement Fund until paid.  Said
15 fees shall be allocated by Lead Counsel in a manner which, in their good-faith judgment, reflects
16 each counsel's contribution to the institution, prosecution, and resolution of the Litigation.  The
17 Court finds that the amount of fees awarded is fair and reasonable under the "percentage-of-
18 recovery" method.

19   4.   The awarded attorneys' fees and expenses, and interest earned thereon, shall be paid
20 to Lead Counsel from the Settlement Fund immediately after the date this Order is executed subject
21 to the terms, conditions, and obligations of the Stipulation, which are incorporated herein.

22   IT IS SO ORDERED.

24 DATED: ___December 4, 2009_____       _Janis L. Sammartino_____
                                         THE HONORABLE JANIS L. SAMMARTINO
25                                       UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| 1 | Submitted by: |
| 2 | COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP |
| 3 | PATRICK J. COUGHLIN<br>HENRY ROSEN |
| 4 | TOR GRONBORG<br>JEFFREY D. LIGHT |
| 5 | JENNIFER Y. LAI |
| 6 | |
| 7 | _____s/Jeffrey D. Light_____<br>JEFFREY D. LIGHT |
| 8 | |
| 9 | 655 West Broadway, Suite 1900<br>San Diego, CA  92101<br>Telephone:  619/231-1058 |
| 10 | 619/231-7423 (fax) |
| 11 | BERNSTEIN LITOWITZ BERGER &<br>  GROSSMANN LLP |
| 12 | DAVID R. STICKNEY<br>NIKI L. MENDOZA |
| 13 | MATTHEW P. JUBENVILLE<br>TAKEO A. KELLAR |
| 14 | 12481 High Bluff Drive, Suite 300<br>San Diego, CA  92130 |
| 15 | Telephone:  858/793-0070<br>858/793-0323 (fax) |
| 16 | |
| 17 | COHEN MILSTEIN SELLERS<br>  & TOLL PLLC<br>DANIEL S. SOMMERS |
| 18 | MATTHEW B. KAPLAN<br>1100 New York Avenue, N.W. |
| 19 | West Tower, Suite 500<br>Washington, DC  20005-3964 |
| 20 | Telephone:  202/408-4600<br>202/408-4699 (fax) |
| 21 | |
| 22 | Co-Lead Counsel for Plaintiffs |
| | S:\Settlement\Dura.set\ORD FEES 00063163.doc |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |